# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE CROSSWELL, GLORIA WANG, LA TRADE SUPPLIES, LLC, and GREEN WISDOM INDUSTRY, INC.<br>   *Plaintiffs* | § § § § § § | |
| vs. | § § § § | **Civil Action No. 4:22-cv-01105** |
| JUAN CARLOS MARTINEZ CECIAS RODRIGUEZ; KARINA HERNANDEZ; CECILIA MIRANDA; JENNIFER GLEASON-ALTIERI; RHINOPRO CERAMICS, LLC; M&D CORPORATE SOLUTIONS, LLC; COMAR HOLDINGS, LLC; MARA 6 HOLDINGS, LLC; MARA 6 INVESTMENTS, LLC; and RHINO LININGS CORPORATION<br>   *Defendants* | § § § § § § § § § § § § § § § | |

## NOTICE TO COURT OF APPEAL

Plaintiffs Jorge Crosswell, Gloria Wang, LA Trade Supplies, LLC, and Green Wisdom, LLC, hereby appeal, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Fifth Circuit, from the Order and Judgment entered on September 25, 2023, by the United States District Court, Southern District of Texas, Houston Division, which dismissed Plaintiffs' case.

//

//

Respectfully submitted,

The Vethan Law Firm, P.C.

By:/s/ *Joseph L. Lanza*

Joseph L. Lanza
Texas Bar No. 00784447
Charles M.R. Vethan
Texas Bar No. 00791852
Two Memorial Way Plaza
820 Gessner Road, Suite 1510
Houston, Texas 77024
Telephone: (713) 5262222
Facsimile: (713) 5262230
Edocs@vethanlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on October 25, 2023, a true and correct copy of the foregoing instrument was served on each person listed below by the method indicated, including via the Court's ECF system on all counsel of record herein.

**Thomas Alan Zabel**                                                                 *Via-email or E-file*
Zabel Freeman, LLP
1135 Heights Blvd
Houston, TX 77008
713-802-9117
Fax: 713-802-9114
Email: tzabel@zflawfirm.com
*ATTORNEY FOR DEFENDANT JUAN CARLOS MARTINEZ CECIAS RODRIGUEZ,*
*RHINOPRO CERAMIX, LLC, RHINOPRO TRUCK OUTFITTERS, INC.,*
*MARA 6 HOLDINGS, LLC., MARA 6 INVESTMENTS, LLC.,*

*Eugene Paul Tausk*
Tausk Law Firm, Attorneys at Law
733 E. 12 1/2 St.
Houston, TX 77008
713-429-5476
Fax: 713-490-3150
Email: gene@tausklawfirm.com
*LEAD ATTORNEY TO BE NOTICED FOR DEFENDANT CECILIA MIRANDA*

**D. Hunter Polvi**
Passman Jones
1201 Elm Street
Suite 2500
Dallas, Suite 2500
Dallas, TX 75270
214-742-2121
Fax: 214-748-7949
Email: polvih@passmanjones.com
*LEAD ATTORNEYATTORNEY TO BE NOTICED FOR RHINO LININGS CORPORATION*

*Karina Hernandez, Defendant*
4040 Broadway, Suite 525
San Antonio, Texas 78209

*Jennifer Altieri-Gleason, Defendant*
 2201 Fountain View Drive Apt.38F
 Houston, TX 77057

                                                           By: /s/ *Joesph L. Lanza*